| DEPOSITION DESIGNATION FORM | | | | |
|---|---|---|---|---|
| OFFERING PARTY: Ben Le Clercq and David Ashley, Counsel for Plaintiff | | | | |
| DEPONENT NAME: RAMI SOMMERSTEIN | | | | |
| DEPONENT DATE: 7/17/20 | | | | |
| Plaintiffs BRITT **Designation** | Defendants **OBJECTION EXPLAIN BASIS OF** | Defendants **COUNTER DESIGNATION** | Plaintiffs **OBJECTION (TO COUNTER DESIGNATION) OR INDICATE WITHDRAWAL OF DESIGNATION** | |
| Page & Line Nos. | | | | |
| 1. 24:14-25:9 | | | | |
| 2. 26:19-24 | | | | |
| 3. 27:1-13 | | | | |
| 4. 28:13-24 | | | | |
| 5. 29:1-20 | | | | |
| 6. 30:16-19 | | | | |
| 7. 31:5-15 | | | | |
| 8. 32:3-14 | | | | |
| 9. 34:7-16 | | | | |
| 10. 35:8-11 | | | | |
| 11. 35:19-24 | | | | |
| 12. 36:1-14 | | | | |
| 13. 36:20-24 | | | | |
| 14. 37:2-24 | | | | |
| 15. 38:1-39:24 | | | | |
| 16. 40:17-41:16 | | | | |
| 17. 42:3-43:7 | | | | |
| 18. 45:4-15 | | | | |
| 19. 46:7-18 | | | | |

| | | | | |
|---|---|---|---|---|
| 20. 47:7-24 | | | | |
| 21. 52:1-10 | | | | |
| 22. 54:8-20 | | | | |
| 23. 56:18-57:22 | | | | |
| 24. 58:1-9 | | | | |
| 25. 60:13-61:24 | | | | |