# DEPOSITION DESIGNATION FORM

OFFERING PARTY: Ben Le Clercq and David Ashley, Counsel for Plaintiff

| DEPONENT NAME: JOHN FALKINHAM | | | |
|---|---|---|---|
| DEPONENT DATE: 11/16/18 | | | |
| Plaintiffs BRITT **Designation** | Defendants **OBJECTION EXPLAIN BASIS OF** | Defendants **COUNTER DESIGNATION** | Plaintiffs **OBJECTION (TO COUNTER DESIGNATION) OR INDICATE WITHDRAWAL OF DESIGNATION** |
| Page & Line Nos. | | Page & Line Nos. | |
| | | | |
| 1. 26:11-18 | | | |
| 2. 28:10-17 | | | |
| 3. 29:21-30:11 | | | |
| 4. 32:7-33:2 | | | |
| 5. 34:2-18 | | | |
| 6. 35:2-12 | | | |
| 7. 36:1-13 | | | |
| 8. 38:18-39:10 | | | |
| 9. 39:12-22 | | | |
| 10. 41:18-42:21 | | | |
| 11. 44:2-11 | | | |
| 12. 47:20-48:12 | | | |
| 13. 49:4-15 | | | |
| 14. 58:3-24 | | | |
| 15. 59:22-25 | | | |
| 16. 60:1-5 | | | |
| 17. 60:19-24 | | | |

| | | | |
|---|---|---|---|
| 18. 62:4-9 | | | |
| 19. 64:1-9 | | | |
| 20. 65:4-66:18 | | | |
| 21. 67:20-69:12 | | | |
| 22. 71:15-17 | | | |
| 23. 74:13-20 | | | |
| 24. 75:8-20 | | | |
| 25. 80:14-81:2 | | | |
| 26. 81:10-22 | | | |
| 27. 82:5-18 | | | |
| 28. 83:8-16 | | | |
| 29. 84:6-85:4 | | | |
| 30. 85:11-86:6 | | | |
| 31. 87:2-12 | | | |
| 32. 88:15-23 | | | |
| 33. 89:20-90:1 | | | |
| 34. 92:6-17 | | | |
| 35. 94:23-95:10 | | | |
| 36. 96:5-9 | | | |
| 37. 96:15-24 | | | |
| 38. 97:10-14 | | | |
| 39. 97:17-98:7 | | | |
| 40. 102:1-9 | | | |
| 41. 103:14-24 | | | |
| 42. 107:17-20 | | | |
| 43. 108:6-11 | | | |
| 44. 108:21-109:1 | | | |
| 45. 109:7-14 | | | |
| 46. 111:24-112:3 | | | |

| | | | |
|---|---|---|---|
| 47. 112:15-19 | | | |
| 48. 112:22-113:1 | | | |
| 49. 113:3-7 | | | |
| 50. 114:1-9 | | | |
| 51. 118:17-19 | | | |
| 52. 120:14-23 | | | |
| 53. 123:24-124:7 | | | |
| 54. 125:3-20 | | | |
| 55. 126:4-18 | | | |
| 56. 131:2-5 | | | |
| 57. 132:2-6 | | | |
| 58. 134:5-7 | | | |
| 59. 134:9-12 | | | |
| 60. 134:13-22 | | | |
| 61. 138:4-139:6 | | | |
| 62. 141:3-22 | | | |
| 63. 143:23-144:1 | | | |
| 64. 144:4-11 | | | |
| 65. 144:13-18 | | | |
| 66. 145:1-16 | | | |
| 67. 147:21-148:2 | | | |
| 68. 155:6-156:1 | | | |
| 69. 160:7-16 | | | |
| 70. 163:20-164:8 | | | |
| 71. 164:21-165:15 | | | |
| 72. 165:23-166:5 | | | |
| 73. 171:13-20 | | | |
| 74. 175:8-16 | | | |
| 75. 177:25-178:5 | | | |

| | | | |
|---|---|---|---|
| 76. 179:17-25 | | | |
| 77. 180:16-181:6 | | | |
| 78. 181:21-25 | | | |
| 79. 182:1-13 | | | |
| 80. 185:16-186:5 | | | |
| 81. 188:16-189:1 | | | |
| 82. 192:19-25 | | | |
| 83. 193:12-194:6 | | | |
| 84. 194:12-23 | | | |
| 85. 200:5-13 | | | |
| 86. 202:20-22 | | | |
| 87. 206:1-3 | | | |
| 88. 206:5-17 | | | |
| 89. 207:15-24 | | | |
| 90. 208:25-209:24 | | | |
| 91. 225:22-25 | | | |
| 92. 228:1-4 | | | |
| 93. 233:3-18 | | | |
| 94. 235:1-14 | | | |
| 95. 237:21-238:9 | | | |
| 96. 243:8-11 | | | |
| 97. 244:19-245:8 | | | |
| 98. 245:9-23 | | | |
| 99. 247:14-19 | | | |
| 100. 249:16-20 | | | |
| 101. 250:3-7 | | | |
| 102. 256:15-23 | | | |
| 103. 264:7-23 | | | |
| 104. 268:14-23 | | | |

| 105. 271-17-272:4 | | | |