UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| JOSEPH BRITT and BRENDA BRITT,<br><br>    Plaintiffs,<br><br>v.<br><br>LIVANOVA PLC, LIVANOVA HOLDING USA, INC., SORIN GROUP DEUTSCHLAND GMBH, AND SORIN GROUP USA, INC.,<br><br>    Defendants. | Civil Action No. 6:18-cv-03117-DCC |

**PLAINTIFFS' AMENDED PRE-TRIAL DISCLOSURES**

Pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure, Plaintiffs Joseph Britt and Brenda Britt, ("Plaintiffs"), hereby submit the following deposition designations for Sorin/LivaNova employee witnesses and amended disclosures as to Plaintiffs' trial exhibits and and Greenville Hospital witnesses who may not be appearing in person at the trial in this matter.

Defendants' Pre-Trial disclosures, [Dkt. No. 227], filed on August 18, 2023, indicated that they would not call certain of their own employees as witnesses in person at trial. These witnesses have all been named by Plaintiffs. As a counter and in response to Defendants' failure to call their own employee witnesses to the trial of this matter, Plaintiffs hereby designate certain deposition excerpts pursuant to Rules 26(a)(3) and 32(1)(a)(4)(B) (8) of the Federal Rules of Civil Procedure, and Rules 804(a)(5)(A) and 804(b)(1) of the Federal Rules of Evidence. Additionally, Plaintiffs have learned that certain Greenville Hospital witnesses may also not be available at trial and Plaintiffs hereby designate their deposition transcripts as well. As previously disclosed, it is Plaintiffs' intention to use video deposition excerpts for a number of the depositions described

below.

**I.     AMENDED TRIAL EXHIBIT LIST**

To the extent not already included in Plaintiffs' Pretrial Disclosures, Plaintiffs provide the attached Amended Exhibit List for use at trial.  (**Ex. 1**, **Plaintiffs' Amended Trial Exhibit List**).

**II.    DEPOSITION DESIGNATIONS**

**Christian Peis – October 19, 2017 Deposition**

25:7-19
27:7-23
30:22-25
33:10-17
35:23-36:11
47:15-24
58:9-23
60:22-61:12
62:2-8
63:12-64:24
66:10-67:10
68:20-69:4
71:3-21
72:8-24
73:1-24
74:2-25
75:7-76:5
79:10-25
80:1-15
82:1-20
86:11-87:14
88:10-18
91:2-24
93:13-23
95:4-25
103:17-104:17
116:9-14
118:16-119:1
124:19-125:11
126:9-20
127:7-128:19
129:14-23
130:4-131:8
133:6-135:25
140:1-141:4

145:22-148:19
150:8-16
151:17-152:10
156:14-24
160:1-15
161:18-25
162:1-24
164:1-21
164:22-165:25
166:11-167:4
168:22-171:14
178:6-19
181:3-182:1
182:3-21
191:16-192:10
228:13-25
231:3-23
236:13-18
259:21-260:16
261:23-263:9
272:22-273:25
274:5-25

## Christian Peis – November 28, 2017 Deposition

10:2-17
11:24 – 12:4
12:11-21
13:16-24
15:11-17
16:2-11
17:4-7
19:5-19
22:10-25
24:2-5
24:22 – 25:18
26:9 -24
29:2 – 30:10
24:1 – 35:5
37:8 – 15
41:17 – 42:6
53:1 – 8
58:10 – 20
59:9 – 24
62:8 – 63:5

69:14 – 70:7
74:7 – 13
75:5 – 11
79:15 – 80:1
84:17 – 85:20
86:11 – 20
88:9 – 24
89:6 – 91:1
92:6 – 93:18
100:13 – 101:17
102:8 – 104: 14
105:5 – 23
106:1– 21
111:7 – 17
112:22 – 113:9
114:10 – 19
116:14 – 117:14
124:14 – 125:25
127:1 – 22
130:10 – 17
132:13 – 137:16
138:17 – 25
139:1 – 141:18
142:1 – 145:9
153:1 – 11
162:11 – 165:20


**Christian Peis – June 27, 2018 Deposition**

21:3 – 23
22:9 – 18
22:20 - 23:10
24:23 – 25:1
26:23 – 27:8
27:8 – 29:3.
30:8 – 14
31:3 -20
41:18-25
44:4 – 9
51:16 – 52:8
64:12 - 66:25
79:25 – 80:17
81:21 – 82:5

87: 22 – 93:25
97: 8  - 99:13
118:14 -120:25
125:14 – 127:6
140:18 – 141:20
141:14 – 143:18
144:9 – 147 -6
147:6 – 25
161 – 171
173:9-15

**Christian Peis – June 28, 2018 Deposition**

 196:17 – 198:8
199:1-201:25
202:9 – 204:7,
214:12-22
214:23 – 215:17;
215:20 -21;
217:18 – 24
223:2-5
226:16 – 227:2,
227:13 – 229:5.
229:9 – 11;
230:9-10; 231:2-4
232:16 -  233 : 9
 235:2 – 10
242:7 – 243:21
248:16 – 250:2
252:5: - 16; 253:3 -21,
259:18-23: video
260:16 – 24,
261:5 – 13,
262:3 – 263:6;
263:12 -17,
268:5 – 17
269:15 – 25;
270:18 – 271:6
284:3-11,
287:16 -288:13;
289:3 – 290:19
297:10-24
305:9 – 13

307:6 – 22;
309:13-16;
310:2-24,
312:15-313:9;
316:6 – 9.
318:6 – 15
337:10 – 337:25;
340:1-20;
340:24 – 341:7
351:19 – 352:13,
352:24 – 353L15,
354:1-12, 354:19-25
362:18 – 363:22
384: 8-18;
385: 20- 386:12
387:11 – 391:12
394:5 – 395:25;
397:20 – 398:18.
398:20 – 99:18.
400:17 -404:24.
406:11 – 407:20
408:3 – 409 :3

**Thierry Dupoux – October 19, 2017 Deposition**

12:24-13:4
15:20-16:11
16:19-18:25
18:4-21
19:9-24
20:3-21:4
33:9- 35:25
36:11--24
37:1-38-25
41:1-43:19
47:18-50:5
51:3-53:12
61:6-63:13
63:22-67:1
68:23-69:20
70:4-71:16
92:1-6
93:22-94:6
96:1-11
114:18-115:14

117:1-118:10
119:23-126:20

140:3-17
144:1-145:20
152:4-19
155:6-156:2
156:22-157:9
P. 156 - 195
160:1-162:7
162:22-166:6
167:3-168:10
175:10-179:21
184:3-185:14
189:13-192:10
206:12-208:4
211:20-212:23
214:6-220:19
252:2-22
259:1-261:6
263:6-266:24

**Thierry Dupoux – November 30, 2017 Deposition**

30:11-18
31:11-15
32:25-33:4
33:6-19
34:6-19
43:21-25
51:3-5
51:10-13
51:20-52:4
56:22-57:14
59:17-25
60:16-18
61:25-63:5
63:7-9
66:9-16
67:8-24
70:12-18
74:8-12
75:14-20
 77-82
 83:1 – 86:25
 93:1 – 95:25
 109:1-25

111:7 – 8
121:3 – 22
123:11 – 14
126:12 – 15
125:1 – 127:25
133-138
139:8 – 20
140:12 – 18
143:6 – 17
144:15 – 147:8
147:9 – 148:12
149:8 – 150:7
153:7 – 154:19
158:16 – 162:15
163:23 – 164:8
176:9 – 178:21
179:17 – 25
180:1 – 182:10
183 – 185
186:5 – 187:6
197 – 198
198:23 – 199:13

200:12 – 23

201:6 – 202:13

203-205

205:7 – 25

209:15 – 25

212:18 – 213:9

**Thierry Dupoux – July 17, 2018 Deposition**

21:10 – 21
31:1 – 4
57: 1 – 73: 25.
59:24 – 60:05
65:16 – 20
65:25 – 67:15
68:18 – 69:2
72:25 – 73: 4
74:23 – 75: 16
76:21 – 77:17
78:10-17

79:6 -11
94: 2-25.
95:18-19
99:1 – 101:1
123:11 – 125:21
128:4 – 24
152:9 – 16
154;23 – 155 6.
160:9 – 162:20
198:20- 199:4
203:3 – 19
216:6 – 223:25
226:8 – 25
235:20 – 236:16
238:1 – 11
239:6 – 240:17
244:20 – 245-9
246: 18 -  20
252 1 – 253 6
269:2 – 270:6
279:12 – 19.
285:23 – 25;
290:1 -18 ;
291:12 – 24
298:3 –7;
300:6 -12;
301: 4 - 21.


**Thierry Dupoux – July 18, 2018 Deposition**

342: 12-14
345: 9-25,
348:20- 349:5;
350:7 - 351:4,
356: 1-12
380:10-25
381:20 – 382:15
383:24 – 384:9
402:24 – 403:5
403:24 – 404:9;
404:11 – 14;
404:19 – 405:11,

446:16 – 447:10;
457:23 – 458 4.
461:20 – 462:1.
467:11-22,
483:1 – 486:25
488:1 – 11
491:20-24;
493:2 – 494:17
503:24 – 504 6
512:5-12,
536:1 – 538: 25.
546:11 –17;
548:21 – 550:22;
553:15-23
555:12 – 556:6

**Patricia Monaghan – September 27, 2017 Deposition**

62:4-63:8
69:21-70:11
77:15-78:20
108:1-24


**Shanna Schmidt – February 8, 2018**
13:16-14:3
23:2-22
51:24-52:13
60:16-21
61:4-25
63:8-16
63:23-64:8
64:23-65:9
65:15-66:66
68:14-69:13
74:15-75:24
78:14-79:5
80:9-22
81:15-83:1
127:17-18
128:8-10
128:15-129:19
183:9-185:2
214:2-18
253:25-255:22

256:1-257:6
293:5-294:4
296:2-297:24

**Celeste Kruel – March 1, 2018 Deposition**

25:17-26:10

**Katja Richter – March 21, 2018 Deposition**

25:15-26:6

33:4-35:3

**Katja Richter – June 26, 2018 Deposition**

42-46

79-80

96-97

135-6

**Paul Talbot – April 17, 2018 Deposition**

24:11-25:5
54:18-55:20
58:4-17
59:5-61:4
62:8-21
63:19-64:23
65:8-14
96:25-97:11
97:13-99:22
110:21-111:5
135:13-21
136:5-137:18
141:13-144:7
144:23-155:3
260:11-21

**Bryan Olin – May 21, 2018 Deposition**

p. 6, ll. 15-17
p. 13, ll. 6-9; ll. 13-19
p. 13, l. 20-p. 14, l. 18
p. 15, l. 5-p. 16, l. 7
p. 16, l. 10-p. 17, l. 21
p. 21, l. 7-p. 21, l. 1

p. 36, ll. 3-13
p. 37, ll. 4-10
p. 45, ll. 8-20
p. 46, l. 4-p. 47, l. 9
p. 52, ll. 12-18
p. 56, ll. 3-9
p. 63, l. 20-p. 66, l. 5
p. 87, l. 4-p. 88, l. 13
p. 88, l. 1-p. 89, l. 6
p. 96, l. 3-p. 98, l. 10
p. 98, l. 25-p. 99, l. 4
p. 108, l. 19-p. 109, l. 11;
p. 110, l. 21-p. 111, l. 5
p. 118, ll. 15-20;
p. 119, l. 6-p. 120, l. 13
p. 142, l. 19- p. 147, l. 8
p. 152, l. 16-p. 153, l. 6
p. 154, l. 15-p. 157, l. 13
p. 157, l. 5-p. 158, l. 4
p. 227, l. 18-p. 228, l. 3

**Cheryl Vorhees – May 24, 2018 Deposition**

187:11-188:23

**Cheryl Vorhees – October 18, 2018 Deposition**

16:1-8
16:10-19
16:20-22
17:1-4
17:5-10
17:11-22
20:10-18
20:20-22
21:14-22
22:10-20
23:3-7
23:8-13
24:11-14
29:3-8
29:7-20
32:9-14
32:15-24
34:18-25

36:10-14
36:16-20
36:21-24
37:4-8
37:21-24
38:1-8
38:9-14
43:14-20
44:2-25
45:1-5
45:6-15
45:21-24
46:1-8
46:10-16
47:18-25
48:8-12
48:13-17
50:15-25
51:15-19
53:1-3
53:4-7
53:8-22
54:8-15
54:16-23
55:1-4
55:6-15
61:22-25
64:16-24
67:10-22
71:12-21
77:11-20
80:16-21
81:3-9
83:10-17
85:20-23
89:17-23
91:2-11
91:12-25
92:18-25
105:13-17
105:19-24
106:11-21
110:3-13
110:17-25
116:1-6
116:10-19

118:20-25
131:1-8
136:8-22
144:1-5
144:6-14
151:22-25
152:17-22
160:14-23
161:15-21
164:18-25
168:15-25

**Amrit Khorran – November 30, 2018 Deposition**

p. 13, l. 22-p. 15, l. 25;
p. 17, l. 4-p. 19, l. 3;
p. 20, l. 16-p. 21, l. 15;
p. 22, ll. 2-17;
p. 23, ll. 1-8;
p. 38, ll. 5-14;
p. 40, l. 1-p. 41, l. 22;
p. 42, l. 5-p. 43, l. 3;
p. 43, ll. 5-25;
p. 44, l. 1-p. 45, l. 5;
p. 44 l. 15 – p. 52 l. 1  p. 52, ll. 3-15;
p. 53, l. 22-p. 54, l. 16;
p. 54, l. 19-p. 59, l. 2;
p. 60, ll. 4-24;
p. 62, l. 12-p. 65, l. 25;
p. 66, l. 1-6;
p. 66, l. 19-p. 67, l. 15;
p. 67, l. 16-p. 68, l. 15;
p. 68, l. 17-p. 69, l. 21;
p. 69, l. 22-p. 70, l. 9;
p. 70, ll. 10- p. 71 l. 11 p. 71, l. 12-p. 75, l. 22;
p. 75, l. 23-p. 76, l. 20;
p. 76, l. 24-p. 80, l. 6;
p. 80, ll. 8-19;
p. 79 l. 9 – p. 81 l. 12p. 82, ll. 20-25;
p. 83, ll. 1-5;
p. 83, l. 6-p. 87, l. 7;
p. 88, l. 8-p. 89, l. 17;
p. 89, l. 18-p. 90, l. 14;
p. 90, l. 15-p. 93, l. 24;
p. 93, l. 25-p. 94, l. 1;
p. 94, l. 13-p. 96, l. 17;

p. 102, l. 13-p. 103, l. 24;
p. 104, l. 1-p. 106, l. 2;
p. 106, l. 17 -p. 108, l. 1;
p. 108, l. 3-13 and 19-20;
p. 109, l. 2-p. 111, l. 13;
p. 111, l. 15-p. 113, l. 15;
p. 123, ll. 6 – 8-p. 123, l. 22- p. 125, l. 9;
p. 131, l. 11-p. 132, l. 5;
p. 132, l. 6-p. 133, l. 3;
p. 135, l. 6-p. 136, l. 24;
p. 142, ll. 3-p. 143, l. 21;
p. 147, l. 1-p. 148, l. 6;
p. 149, l. 3-p. 150, l. 16;
p. 150, l. 17-p. 151, l. 14;
p. 154, l. 2-p. 155, l. 19;
p. 156, l. 20-p. 157, l. 22;
p. 157, l. 23-p. 158, l. 18;
p. 159, ll. 3-25;
p. 163, ll. 15-22;
p. 163, l. 23-p. 164, l. 20;
p. 165, l. 12-p. 168, l. 2;
p. 184, l. 19-23

**Rori Mattson – November 27, 2018 Deposition**

11:1-6
20:8-21:24
22:11-24:2
25:18-21
70:15-21
71:4-11
71:22-72:7
72:13-73:4
73:12-74:25
75:1-25
76:22-80:5
81:23-82:16
84:2-15
86:2-87:7
87:8-23
87:24-90:23
92:4-93:15
98:7-11
98:18-19
99:11-19
100:24-101:18
102:15-25

103:10-19
103:22-107:14
116:20-21
117:3-119:12
119:14-19
119:23-123:4
123: 6-18
124:1-128:12
129:4-140:22
140:23-141:17
143:16-25
144:1-147:9
147:11-25
148:1-149:3
149:5-19
150:7-153:6
156:23-157:19
158:12-17; 158:23
169:17-25
170:22-172:21
172:22-173:24
174:9-175:15
175:16-176:5
176:6-15
176:22-180:13
180:18-19
181:6-184:7
184:8-185:24
188:13-190:13
194:12-14
195:1-25
196:24-201:17
212:24-213:17
220:21-221:7
221:24-25; 222:11-223:7
224:12-20
226:17-228-1
229:5-17

**Bryan Olin – October 31, 2018 Deposition**

p. 174, l. 19-p. 175, l. 12
p. 214, ll. 1-7;
p. 215, l. 3-p. 226, l. 7

**Bryan Olin – July 26, 2021 Deposition**

p. 140, l. 24-p. 141, l. 21
p. 142, l. 23-p. 143, l. 10
p. 201, l. 13 – p. 203, l. 17

**Bethany Smith – December 17, 2018 Deposition**

p. 12, l. 17-18; p. 13, l. 7-18; p. 14, ll. 1-18; p. 15, ll. 9-16; p. 16, ll. 14-24; p. 17, ll. 2-20; p. 22, ll. 8-25; p. 35, ll. 11-16; p. 36, ll. 4-9 and 22-25; p. 39, l. 17 – p. 40, l. 9; p. 42, ll. 5-12; p. 43, ll. 4-9; p. 109, l. 2 – p. 110, l. 14; p. 110, l. 23 – p. 111, l. 1; p. 111, ll. 7-15; p. 133, l. 15 – p. 134, l. 5

**Stephanie Cox – December 18, 2018 Deposition**

p. 10, ll. 11-18; p. 14, ll. 12-14; p. 19, ll. 2-13; p. 24, ll. 8-17; p. 24, l. 25 – p. 25, l. 3; p. 28, l. 12-25; p. 29, ll. 4-12; p. 30, ll. 1-4; p. 33, ll. 5-11; p. 40, l. 11-23; p. 50, ll. 2-19; p. 52, l. 12 – p. 53, l. 5

**Connie Steed – October 11, 2018 Deposition**

p. 15, l. 15 - p. 16, l. 18; p. 20, ll. 4-6; p. 23, ll. 6-19; p. 31, ll. 19-24; p. 36, ll. 19-21; p. 37, ll. 3-8 and ll. 9-18; p. 38, ll. 20-24; p. 39, ll. 19-25; p. 65, l. 14- p. 66, l. 1 and ll. 19-24; p. 69, ll. 11-21; p. 78, l. 6-10; p. 78, l. 16 – p. p. 79, l. 19; p. 89, l. 1-20; p. 103, l. 1-25; p. 116, ll. 10-15; p. 118, l. 7 – p. 119, l. 1; p. 120, l. 1-3; p. 120, l. 17-p. 121, l. 1; p. 122, l. 10-p. 123, l. 2; p. 123, l. 22 – p. 124, l. 15; p. 135, l. 2 – p. 137, l. 4; p. 150, l. 1-p. 151, l. 7; p. 155, l. 5-8; p. 158, ll. 11-14

**William Kelly – October 24, 2018 Deposition**

p. 9, ll. 7-13; p. 44, ll. 12-25; p. 102, l. 24-p. 103, l. 10; p. 148, l. 25-p. 149, l. 16; p. 155, ll. 15-18 – p. 156, ll. 3-13; p. 201, ll. 3-22 – p. 202, ll. 5-17; p. 203, ll. 8-20; p. 204, l. 10-24; p. 205, l. 3-5; p. 209, l. 1 – p. 210, l. 12;  p. 222, l. 14-p. 226, l. 11; p. 229, l. 21-p. 230, l. 24

**Davis Gerald – October 10, 2018 Deposition**

p. 14, ll. 4-24; p. 17, ll. 20-24; p. 18, ll. 4-8; p. 22, l. 20-p. 23, l. 5; p. 26, ll. 1-13; p. 26, l. 17-p. 27, l. 11; p. 27, ll. 20-25; p. 28, l. 3 – p. 30, l. 8; p. 36, l. 20-p. 37, l. 8; p. 40, l. 19 – p. 43, l. 25; p. 49, ll. 5-12; p. 68, l. 25 – p. 70, l. 6; p. 71, ll. 8-15; p. 85, l. 20-p. 86, l. 18; p. 88, ll. 4 – 21; p. 89, ll. 1-9; p. 95, ll. 9-12; p. 96, ll. 10-17; p. 112, l. 13-p. 113, l. 23; p. 123, ll. 8-25; p. 127, l. 23-p. 128, l. 4; p. 130, l. 21-p. 133, l. 25; p. 134, l. 1 – 24; p. 139, l. 3 – p. 140, l. 25; p. 141, l. 9 – p. 142, l. 3; p. 142, l. 14 – p. 145, l. 23; p. 173, ll. 8-24; p. 182, ll. 13-17; p. 183, ll. 20-25; p. 198, l. 15-p. 199, l. 4; p. 207, ll. 3-9; p. 207, l. 19-p. 208, l. 22; p. 208, l. 24-p. 209, l. 19; p. 209, l. 20-p. 210, l. 6; p. 210, l. 8-p. 213, l. 20; p. 213, l. 24-p. 214, l. 22

**Holly Hutchins – June 24, 2019**

p. 21, ll. 20-25; p. 22, ll. 14-16; p. 24, ll. 17-25; p. 32, l. 25-p. 33, l. 11; p. 37, ll. 11-22


Dated:  September 1, 2023                Respectfully submitted,

                                           /s/ Ben Le Clercq
                                           Ben Le Clercq
                                           (S.C. Bar #65754, U.S. District Court # 7453)
                                           David D. Ashley
                                           (S.C. Bar #76206, U.S. District Court #10220)
                                           Le Clercq Law Firm
                                           708 South Shelmore Blvd. #202
                                           Mount Pleasant, SC 29464
                                           Phone (843) 722-3523
                                           Fax (843) 352-2977
                                           Ben@LeClercqLaw.com
                                           David@LeClercqLaw.com
                                           *Counsel for Plaintiffs*